

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00231-CR

---

**HUMBERTO SAUL MENDOZA RODRIGUEZ, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 287th District Court
Parmer County, Texas
Trial Court No. 3724, Honorable Robert W. Kinkaid, Jr., Presiding

---

November 21, 2022

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Humberto Saul Mendoza Rodriguez, appeals his conviction for driving while intoxicated with a child passenger[1] and sentence to 180 days' confinement. The reporter's record was due September 14, 2022, but was not filed. The Court has since been advised that the reporter has passed away. Under these unfortunate circumstances, we abate the appeal and remand the cause to the trial court to arrange

---

[1] *See* TEX. PENAL CODE ANN. § 49.045.

for the appointment of a deputy reporter to complete the record. *See* TEX. R. APP. P. 13.5, 35.3(c), 37.3(a)(2). The name, address, telephone number, and email address of the deputy reporter shall be provided by order of the trial court and included in a supplemental clerk's record to be filed with this Court by December 21, 2022. The reporter's record shall be filed with this Court within thirty days of the date of appointment of the deputy reporter. Should further time be needed to perform these tasks, then same may be requested.

It is so ordered.

Per Curiam

Do not publish.